DOWD, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JOSEPH J. KORFF, | ) |
| | ) CASE NO.   4:10-CV-02662 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) **JUDGMENT ENTRY** |
| HILTON RESORTS CORPORATION | ) |
| D/B/A HILTON GRAND VACATIONS, | ) |
| | ) |
| Defendant. | ) |

For the reasons set forth in the Memorandum Opinion filed contemporaneously with this Judgment Entry, IT IS HEREBY ORDERED, ADJUDGED and DECREED that Defendant Hilton Resorts Corporation D/B/A Hilton Grand Vacations' motion to dismiss is GRANTED.

Each party shall bear their own costs.  Case closed.


  June 24, 2011                             s/ *David D. Dowd, Jr.*
Date                                       David D. Dowd, Jr.
                                           U.S. District Judge